Willard G. Rowley, Plaintiff-Appellee, v. John W. Bush and Henry C. Bush, Defendants-Appellants.

Gen. No. 10,208.

Third District.

May 15, 1959.

Released for publication June 2, 1959.

Barth, Phillips, Phebus & Tummelson, for defendants-appellants; John Alan Appleman, for plaintiff-appellee. Opinion by PRESIDING JUSTICE ROETH. Not to be pubished in full.